**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Sean Lyons, Appellant,

v.

Palmetto Richland Springs, Respondent.

Appellate Case No. 2016-001544

Appeal From Richland County
D. Craig Brown, Circuit Court Judge

Unpublished Opinion No. 2018-UP-034
Submitted November 1, 2017 – Filed January 24, 2018

**AFFIRMED**

Sean Lyons, of Columbia, pro se.

Shelton W. Haile and Michelle Parsons Kelley, both of Richardson Plowden & Robinson, PA, of Columbia, for Respondent.

**PER CURIAM:** Affirmed pursuant to Rule 220(b), SCACR, and the following authorities: S.C. Code Ann. § 44-17-620 (2018) ("The petitioner or the person shall have the right to appeal from any order of the probate court issued pursuant to [s]ection 44-17-580 to the court of common pleas of the county where the probate court is situated."); *id.* ("The notice of intention to appeal together with the grounds

for the appeal shall be filed in the probate court and the court of common pleas within fifteen days of the date of the order issued pursuant to [s]ection 44-17-580.").[1]

**AFFIRMED.**[2]

**HUFF, SHORT, and KONDUROS, JJ., concur.**

---

[1] Lyons's other arguments on appeal are not preserved for appellate review. *See Wilder Corp. v. Wilke*, 330 S.C. 71, 76, 497 S.E.2d 731, 733 (1998) ("It is axiomatic that an issue cannot be raised for the first time on appeal, but must have been raised to and ruled upon by the [circuit court] to be preserved for appellate review.").

[2] We decide this case without oral argument pursuant to Rule 215, SCACR.